1  THE O'MARA LAW FIRM, P.C.
   DAVID C. O'MARA
2  NEVADA BAR NO. 8599
   311 East Liberty St.
3  Reno, Nevada 89501
   775-323-1321
4  775-323-4082 (fax)

5  KRAVITZ TALAMO & LEYTON, LLC
   Daniel Leyton
6  55 Miracle Mile, Suite 300
   Coral Gables, Florida 33134
7  Telephone: 305.558.5300 or 305.677.0114
   Facsimile: 305.557.1934
8
   *Attorneys for Plaintiff Jeffrey Shuminer.*
9

10              **UNITED STATES DISTRICT COURT**

11                  **DISTRICT OF NEVADA**

12  JEFFREY SHUMINER,                    )
                                         )
13              Plaintiff,               )   Case No. 2:18-cv-02156-JAD-GWF
                                         )
14      v.                               )   **STIPULATION AND ORDER TO EXTEND**
                                         )   **TIME TO RESPOND TO DEFENDANT'S**
15  OLCC NEVADA REALTY, a Nevada         )   **OPPOSITION TO PLAINTIFF'S MOTION**
    Limited Liability Company, and DOES 1)   **FOR LEAVE TO FILE AMENDED**
16  through X.                           )   **COMPLAINT**
                                         )
17              Defendant                )   (First Request)    ECF No. 25
                                         )

18

19          Plaintiff Jeffrey Shuminer ("Plaintiff") and Defendant OLCC Nevada Realty

20  ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

21          1.      Plaintiff filed his Motion for Leave to File Amended Complaint (ECF No. 20).  on

22  January 22, 2019.

23          2.      Defendant filed its Opposition to the Motion for Leave (ECF No. 23) on February

24  5, 2019.

25          5.      Plaintiff has requested an extension of time to file his Reply and Defendant has

26  agreed to stipulate to extend time as a matter of professional courtesy. Counsel for the parties

27  have agreed, subject to Court approval, to allow Plaintiff an extension up to and including

28                                          1

February 22, 2019 with which to file their Reply to Defendant's Opposition to the Motion for Leave to File Amended Complaint, filed as ECF No. 23.

6.     The slightly extended briefing schedule set forth above is requested as the briefing on this motion involves detailed, nuanced arguments that must be properly researched by Plaintiff's counsel as well as the press of unrelated litigation on both Plaintiff's lead counsel and local counsel.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

*[signatures on following page]*

STIPULATION AND ORDER FOR EXTENSION OF TIME TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

7.     This is the first stipulation for such an extension of time with respect to Plaintiff's filing of a Reply and is made in good faith not for purposes of delay.

**IT IS SO STIPULATED AND AGREED**.

DATED:  February 11, 2019                              THE O'MARA LAW FIRM, P.C.


                                                                   /s/ David C. O'Mara
                                                          DAVID C. O'MARA, ESQ

                                                          311 East Liberty St.
                                                          Reno, Nevada 89501
                                                          775-323-1321
                                                          775-323-4082 (fax)
                                                          *Counsel for Plaintiff*

                                                          KRAVITZ TALAMO & LEYTON, LLC
                                                          Daniel Leyton
                                                          55 Miracle Mile, Suite 300
                                                          Coral Gables, Florida 33134
                                                          Telephone: 305.558.5300 or 305.677.0114
                                                          Facsimile: 305.557.1934
                                                          *Attorneys for Plaintiff Jeffrey Shuminer*

DATED:  February 11, 2019.                            GREENBERG TRAURIG, LLP


                                                                   /s/ Christopher R. Miltenberger
                                                          MARK E. FERRARIO, ESQ
                                                          CHRISTOPHER R. MILTENBERGER, ESQ.

                                                          10845 Griffith Peak Drive, Suite 600
                                                          Las Vegas, Nevada 89135
                                                          702.792.3773
                                                          702.792.9002 (fax)
                                                          ferrariom@gtlaw.com
                                                          miltenbergerc@gtlaw.com
                                                          *Counsel for Defendant OLCC Nevada Realty*

## ORDER

**IT IS SO ORDERED.**

DATED:  February __12__, 2019


                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

3

STIPULATION AND ORDER FOR EXTENSION OF TIME TO DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT