1 THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA
2 NEVADA BAR NO. 8599
311 East Liberty St.
3 Reno, Nevada 89501
775-323-1321
4 775-323-4082 (fax)

5 KRAVITZ TALAMO & LEYTON, LLC
Daniel Leyton
6 55 Miracle Mile, Suite 300
Coral Gables, Florida 33134
7 Telephone: 305.558.5300 or 305.677.0114
Facsimile: 305.557.1934

*Attorneys for Plaintiff Jeffrey Shuminer.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY SHUMINER, | ) |
| Plaintiff, | ) Case No. 2:18-cv-02156-JAD-GWF |
| v. | ) **STIPULATION AND ORDER TO EXTEND TIME TO RESPONT TO DEFENDANT'S** |
| OLCC NEVADA REALTY, a Nevada Limited Liability Company, and DOES 1 through X. | ) **OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| Defendant | ) (Second Request)   ECF No. 28 |

Plaintiff Jeffrey Shuminer and Defendant OLCC Nevada Realty, by and through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiff filed their Motion for Leave to File Amended Complaint (ECF No. 20). on January 22, 2019. The Amended Complaint

2. Defendant filed their Opposition to the Motion for Leave (ECF No. 23) on February 5, 2019.

3. The parties filed a Stipulation to Extend the Time for Plaintiffs to file their reply brief by Friday, February 22, 2019, (ECF No. 25), which was granted by the Court on February 12, 2019 (ECF No. 27).

1

STIPULATION AND ORDER FOR EXTENSION OF TIME TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (SECOND REQUEST)

5. Plaintiffs have requested, and Defendant has agreed, as a professional courtesy, to allow Plaintiff a short extension, subject to Court approval, up to and including February 25, 2019 with which to file their Reply to Defendant's Opposition to the Motion for Leave to File Amended Complaint, filed as ECF No. 23.

6. The slightly extended briefing schedule set forth above is requested as the briefing on this motion involves detailed, nuanced arguments that must be properly researched and rebutted as well as the press of unrelated litigation on both Plaintiff's lead counsel and local counsel.

7. The early case evaluation set for March 8, 2019, and the hearing set for April 8, 2019, will remain on the calendar, unless the Court wishes to vacate and reschedule.

8. This is the second stipulation for such an extension of time and is made in good faith not for purposes of delay.

**IT IS SO STIPULATED AND AGREED**.

DATED: February 22, 2019     THE O'MARA LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　/s/ David C. O'Mara
　　　　　　　　　　　　　　　　　　　　DAVID C. O'MARA, ESQ

311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)
*Counsel for Plaintiff*

KRAVITZ TALAMO & LEYTON, LLC
Daniel Leyton
55 Miracle Mile, Suite 300
Coral Gables, Florida 33134
Telephone: 305.558.5300 or 305.677.0114
Facsimile: 305.557.1934

*Attorneys for Plaintiff Jeffrey Shuminer*

**IT IS SO ORDERED. The Reply [29] filed 2/25/19 is deemed timely.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**U.S. District Judge Jennifer Dorsey**
　　　　　　　　　　　　　　　　　　　　**2-26-19**

STIPULATION AND ORDER FOR EXTENSION OF TIME TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (SECOND REQUEST)