MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER, ESQ.
Nevada Bar No. 10153
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:   ferrariom@gtlaw.com
            miltenbergerc@gtlaw.com
            hicksja@gtlaw.com

*Attorneys for Defendant OLCC Nevada Realty, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY SHUMINER,<br><br>Plaintiff,<br><br>vs.<br><br>OLCC NEVADA REALTY, a Nevada Limited Liability Company, and DOES I through X,<br><br>Defendants. | Case No.: 2:18-cv-02156-JAD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 33 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), LR IA 6-2, and LR 7-1, Plaintiff Jeffrey Shuminer, by and through his counsel, The O'Mara Law Firm, P.C. and the law firm of Kravitz Talamo & Leyton, PLLC, and Defendant OLCC Nevada Realty, a Nevada Limited Liability Company, by and through its counsel, the law firm of Greenberg Traurig, LLP, having reached an agreement to resolve all outstanding issues between them, and hereby stipulate to DISMISS the above-captioned matter WITH PREJUDICE.

*///*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

ACTIVE 42537034v2

Each party shall bear its own respective costs, expenses and attorneys' fees, costs, and expenses in connection with and related to the above-captioned matter. This stipulation may be executed in facsimile and in counterparts, which shall have the same effect as the original.

DATED this 16th day of April, 2019.

GREENBERG TRAURIG, LLP

By: _/s/ Christopher R. Miltenberger_
MARK E. FERRARIO
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
JASON K. HICKS
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Defendant OLCC Nevada Realty*

DATED this 16th day of April, 2019.

THE O'MARA LAW FIRM, P.C

By: _/s/ David C. O'Mara_
DAVID C. O'MARA, ESQ.
Nevada Bar No. 8599
311 East Liberty Street
Reno, Nevada 89501

DANIEL LEYTON, ESQ.
KRAVITZ, TALAMO & LEYTON PLLC
55 Miracle Mile, Suite 300
Coral Gables, Florida 33134

*Attorneys for Plaintiff Jeffrey Shuminer*

## ORDER

Based on the parties' stipulation **[ECF No. 33]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 17, 2019

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

ACTIVE 42537034v2